Clement J. Kong, Esq. (State Bar No. 69084)
Email:  Clement@kkks.com
T.R. Sugano, Esq. (State Bar No. 54654)
Email: TRS@kkks.com
Keith R. Thorell, Esq. (State Bar No. 199558)
Email:  Keith@kkks.com
Lauren F. Hager, Esq. (State Bar No. 256003)
Email: LaurenH@kkks.com
**KORSHAK, KRACOFF, KONG & SUGANO, LLP**
1640 So. Sepulveda Boulevard, Suite 520
Los Angeles, California 90025
Tel. 310-996-2340; Fax 310-996-2334

Attorneys for Defendant
SOUTHERN WINE AND SPIRITS OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS GONZALEZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>SOUTHERN WINE & SPIRITS OF AMERICA, INC.,<br><br>　　　　Defendant. | Case No.   CV 11-5849-ODW (PLAx)<br><br>**ORDER ADOPTING PARTIES' FIRST AMENDED STIPULATED PROTECTIVE ORDER**<br><br><br>Hon. Otis D. Wright II, presiding |

1

**[Proposed] Order Adopting First Amended Stipulated Protective Order**

| | |
|---|---|
| 1 | ORDER |
| 2 | The Court, having received, reviewed and considered the Parties' First |
| 3 | Amended Stipulated Protective Order, and upon a finding that good cause exists, |
| 4 | hereby ORDERS that the Parties' First Amended Stipulated Protective Order shall |
| 5 | govern the disclosure of information in this action. |
| 6 | IT IS SO ORDERED. |
| 7 | Dated:   September 22, 2011 |

*[signature: Paul L. Abrams]*

THE HONORABLE PAUL L. ABRAMS
United States Magistrate Judge