Clement J. Kong, Esq. (State Bar No. 69084)
Email: Clement@kkks.com
T.R. Sugano, Esq. (State Bar No. 54654)
Email: TRS@kkks.com
Keith R. Thorell, Esq. (State Bar No. 199558)
Email: Keith@kkks.com
Lauren F. Hager, Esq. (State Bar No. 256003)
Email: LaurenH@kkks.com
**KORSHAK, KRACOFF, KONG & SUGANO, LLP**
1640 So. Sepulveda Boulevard, Suite 520
Los Angeles, California 90025
Tel. 310-996-2340; Fax 310-996-2334

Attorneys for Defendant
SOUTHERN WINE AND SPIRITS OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS GONZALEZ, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br>      v.<br><br>SOUTHERN WINE & SPIRITS OF AMERICA, INC.,<br><br>             Defendant. | Case No.  CV 11-5849-ODW (PLAx)<br><br>**ORDER ADOPTING PARTIES' FIRST AMENDED STIPULATED PROTECTIVE ORDER**<br><br>Hon. Otis D. Wright II, presiding |

---

1

**[PROPOSED] ORDER ADOPTING FIRST AMENDED STIPULATED PROTECTIVE ORDER**

ORDER

The Court, having received, reviewed and considered the Parties' First Amended Stipulated Protective Order, and upon a finding that good cause exists, hereby ORDERS that the Parties' First Amended Stipulated Protective Order shall govern the disclosure of information in this action.

IT IS SO ORDERED.

Dated:   September 22, 2011

_____
THE HONORABLE PAUL L. ABRAMS
United States Magistrate Judge