**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHERN WINE & SPIRITS OF AMERICA, INC.,<br><br>　　　　Defendant. | Case No. 2:11-cv-5849-ODW (PLAx)<br><br>**JUDGMENT** |

After consideration of the parties' stipulation regarding settlement and the accompanying papers and evidence, IT IS HEREBY ORDERED that:

1. Judgment is entered as provided in the parties' stipulation (Khorrami Decl., Ex. A (Dkt. No. 28)) is approved, subject to the following changes:
   a. Class Counsel is awarded attorneys' fees in the amount of $99,395.11;
   b. The *cy pres* recipients for the settlement will be modified to be Legal Aid Society Employment Law Center and Asian Law Caucus (Khorrami Decl. ¶ 12 (Dkt. No. 36-1));
2. The total settlement sum owed by Defendant is $1,750,000, as provided in the parties' stipulation (Khorrami Decl., Ex. A § 1.41 (Dkt. No. 28));

3. Class Counsel will be reimbursed for its costs incurred in connection with this litigation not to exceed $10,000 (*id.* § 3.10.1);

4. Plaintiff Gonzalez is awarded a service payment in the amount of $5,000 for his effort on behalf of the Class (*id.* § 3.10.2);

5. The Claims Administrator is awarded its actual fees and expenses not to exceed $15,700 (*id.* § 3.11.1);

6. The Court retains jurisdiction over the parties for purposes of enforcing the parties' stipulation and judgment; and,

7. This action is dismissed with prejudice.

March 29, 2012

_____
**HON. OTIS D. WRIGHT II**
**UNITED STATES DISTRICT JUDGE**